# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60740-Civ-Ungaro/Simonton

KERRYJOE N. CLARKE,

    Plaintiff,

v.

WILLIAMS & FUDGE, INC.,

    Defendant.
_____/

## ORDER ON JOINT STIPULATION FOR DISMISSAL

THIS CAUSE is before the Court upon the parties Joint Stipulation for Dismissal (DE ___ ), it is hereby,

ORDERED AND ADJUDGED: The Court has been informed that the Parties have reached a partial settlement. The terms of the parties' settlement agreement are incorporated herein. Defendant offered to pay Plaintiff $1,001.00 and will pay reasonable attorney fees and costs in settlement of Plaintiff's claims under the Fair Debt Collection Practices Act.

Accordingly, Plaintiff's claims under the Fair Debt Collection Practices Act are hereby dismissed with prejudice. The Court reserves jurisdiction to award Plaintiff reasonable attorney fees and costs with respect to Plaintiff's claim under the Fair Debt Collection Practices Act. If the parties do not resolve the matter of Plaintiff's attorney fees and costs by agreement, Plaintiff shall file a motion in accordance with Local Rule. The Court declines to exercise jurisdiction over Plaintiff's claims under the Florida

Consumer Collection Practices Act and the Telephone Consumer Protection Act and accordingly, those two claims are dismissed without prejudice.

      DONE AND ORDERED in the Southern District of Florida this \_\_\_\_\_ day of _____, 2010.

                                          _____
                                          URSULA M. UNGARO
                                          United States District Judge

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
        Barbara Fernandez, Esq., Counsel for Defendant